1  REBEKAH KAUFMAN (BAR NO. 213222)
   RKaufman@mofo.com
2  LINDSAY A. LASALLE (BAR NO. 267072)
   LLaSalle@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendant
   YAHOO! INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | CARSON PENKAVA, Individually and on Behalf of All Others Similarly Situated, | Case No.   5:12-cv-03414-PSG |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| YAHOO! INC., | |
| Defendant. | |

Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Carson Penkava and Defendant Yahoo! Inc., through their respective attorneys, that the time by which Defendant may plead or otherwise respond to the operative complaint shall be extended to and including September 7, 2012.  There have been no previous modifications of any deadlines in this case.

Dated:      August 14, 2012

CLAYEO C. ARNOLD
CLIFFORD L. CARTER
KIRK J. WOLDEN
CLAYEO C. ARNOLD, P.C.

PERRY D. LITCHFIELD
LAW OFFICES OF PERRY D. LITCHFIELD

By:   /s/ Kirk Wolden
       Kirk Wolden

Attorneys for Plaintiff
CARSON PENKAVA and all others similarly situated

REBEKAH KAUFMAN
LINDSAY A. LASALLE
MORRISON & FOERSTER LLP

By:   /s/ Rebekah Kaufman
       Rebekah Kaufman

Attorneys for Defendant
YAHOO! INC.

I hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.

By:   /s/ Rebekah Kaufman
       Rebekah Kaufman