UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON PENKAVA, et al.,<br>　　　　　　　Plaintiff(s),<br><br>　　　　　　v.<br><br>YAHOO!, INC.,<br>　　　　　　　Defendant(s).<br>_____/ | CASE NO. 5:12-cv-03414-PSG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐　　Non-binding Arbitration (ADR L.R. 4)
☐　　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒　　Private ADR (*please identify process and provider*)  <u>mediation with agreed mediator from JAMS San Francisco.</u>

The parties agree to hold the ADR session by:
☐　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒　　other requested deadline <u>September 1, 2013</u>

Dated: August 14, 2012　　　　　　　　　　　___/s/ *Kirk J. Wolden*_____
　　　　　　　　　　　　　　　　　　　　　　Kirk J. Wolden
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August 14, 2012　　　　　　　　　　　___/s/ *Rebekah Kaufman*_____
　　　　　　　　　　　　　　　　　　　　　　Rebekah Kaufman
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  8/20/2012                             _____Paul S. Grewal_____
                                              UNITED STATES            JUDGE
                                                        MAGISTRATE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11