Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
James C. Wyly
4004 Texas Boulevard
Texarkana, TX  75503
(903) 334-8646

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carson Penkava

Plaintiff(s),

v.

Yahoo!, Inc.

Defendant(s).

CASE NO. 5:12-cv-03414 PSG

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James C. Wyly, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Kirk J. Wolden, Arnold Law Firm, 865 Howe Avenue, Suite 300, Sacramento, CA  95825

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2012

James C. Wyly

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Carson Penkava

    Plaintiff,

  v.

Yahoo!, Inc.

    Defendant.
_____/

CASE NO. 5:12-cv-03414 PSG

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

James C. Wyly, whose business address and telephone number is Wyly-Rommel, PLLC, 4004 Texas Boulevard, Texarkana, TX 75503, (903) 334-8646 and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 20, 2012

                    _/s/ Paul S. Grewal_
                    Paul Singh Grewal
                    United States Magistrate Judge