Clerk's Use Only

Initial for fee pd.:
_____

Type name, address, phone number of applicant here
Sean F. Rommel
4004 Texas Boulevard
Texarkana, TX 75503
(903) 334-8646

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Carson Penkava

                        Plaintiff(s),

              v.

Yahoo!, Inc.

                      Defendant(s). _____/

CASE NO. 5:12-cv-03414 PSG

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Sean F. Rommel , an active member in good standing of the bar of Texas , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kirk J. Wolden, Arnold Law Firm, 865 Howe Avenue, Suite 300, Sacramento, CA 95825

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2012

_____
Sean F. Rommel

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Carson Penkava                                          CASE NO. 5:12-cv-03414 PSG

        Plaintiff,                                 (Proposed)
                                                        **ORDER GRANTING APPLICATION**
v.                                                      **FOR ADMISSION OF ATTORNEY**
                                                        ***PRO HAC VICE***
Yahoo!, Inc.

        Defendant.                          /

Sean F. Rommel                              , whose business address and telephone number is

Wyly-Rommel, PLLC, 4004 Texas Boulevard, Texarkana, TX  75503, (903) 334-8646

and who is an active member in good standing of the bar of  Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiff

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 20 , 2012

                                  Paul Singh Grewal
                                  United States Magistrate Judge