United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON PENKAVA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>YAHOO!, INC.,<br><br>        Defendant(s).<br>_____/ | No. CV12-03414 PSG<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

**PLEASE TAKE NOTICE** that all matters presently set before Magistrate Judge Paul S. Grewal are hereby vacated. Clerk to reassign case.

Dated: August 28, 2012

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                                By: Oscar Rivera
                                                Courtroom Deputy Clerk to
                                                Magistrate Judge Paul S. Grewal