Jacob Sommer
ZwillGen PLLC
1705 N Street, NW
Washington, D.C. 20036
Jake@zwillgen.com
(202) 706-5205 (direct)
(202) 706-5298 (fax)

Attorneys for Defendant
YAHOO! INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CARSON PENKAVA, Individually and on Behalf of All Others Similarly Situated,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**YAHOO! INC.,**<br><br>　　　　　　　**Defendant.** | **Case No.   5:12-cv-03414-LHK**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*** |

　　　Pursuant to Civil L.R. 11-3, Jacob Sommer, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Yahoo! Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

> REBEKAH KAUFMAN (BAR NO. 213222)
> RKaufman@mofo.com
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA  94105-2482
> Telephone:  415.268.7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 21, 2012          Jacob Sommer
                                    ZwillGen PLLC


                              By:   /s Jacob Sommer


                                    Attorneys for Defendant
                                    YAHOO! INC.