Marc J. Zwillinger
ZwillGen PLLC
1705 N Street, NW
Washington, D.C. 20036
marc@zwillgen.com
(202) 706-5202 (direct)
(202) 706-5298 (fax)

Attorneys for Defendant
YAHOO! INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CARSON PENKAVA, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**YAHOO! INC.,**<br><br>Defendant. | Case No. 5:12-cv-03414-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE* |

Marc J. Zwillinger, whose business address and telephone number is ZwillGen PLLC, 1705 N. Street, NW, Washington, D.C. 20036, (202) 706-5202, and who is an active member in good standing of the bar of District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Yahoo! Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1  contained in General Order 45, *Electronic Case Filing*.

2

3  Dated:  October 1, 2012

4  _____
   Hon. Lucy H. Koh
5  United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE
Case No.: 5:12-cv-03414-LHK