UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARSON PENKAVA, individually and on behalf of those similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>YAHOO! INC.,<br><br>                Defendant. | Case No. 12-CV-03414-LHK<br><br>ORDER RE: STIPULATION FOR AN EXTENSION OF TIEM TO RESPOND TO PLAITNIFF'S FIRST AMENDED COMPLAITN AND REQUEST FOR ORDER CHANGING TIME |

      On June 29, 2012, Plaintiff Carson Penkava ("Plaintiff") filed an Individual and Class Action Complaint for Declaratory Relief, Equitable Relief, and for Damages ("Complaint") against Defendant Yahoo!, Inc. ("Defendant"). ECF No. 1. On September 7, 2012, Defendant filed a Motion to Dismiss the Complaint. ECF No. 22. On September 24, 2012, Plaintiff filed a First Amended Class Action Complaint for Declaratory Relief, Equitable Relief, and for Damages ("First Amended Complaint"). ECF No. 26.

      The parties have stipulated that the time by which Defendant may plead or otherwise respond to the First Amended Complaint shall be extended to and include October 30, 2012. ECF No. 31. The parties have also agreed that Plaintiff's time to oppose any pleading filed shall be extended to November 20, 2012. *Id.* Finally, the parties have agreed that Defendant's time to reply to any such opposition shall be extended to and include December 6, 2012. *Id.*

      Accordingly, it is hereby ORDERED that:

1

Case No.: 12-CV-03414-LHK
ORDER RE: STIPULATION FOR AN EXTENSION OF TIEM TO RESPOND TO PLAITNIFF'S FIRST AMENDED COMPLAITN AND REQUEST FOR ORDER CHANGING TIME

1. Defendant's deadline to file a responsive pleading or otherwise respond to the First Amended Complaint shall be extended to and include October 30, 2012;
2. If Defendant files a motion in response to the First Amended Complaint, Plaintiff's deadline to oppose Defendant's motion shall be November 20, 2012, and Defendant's deadline to file a reply in support of its motion shall be December 6, 2012;
3. Defendant shall withdraw its pending Motion to Dismiss the Complaint by 10/17;
4. If Defendant intends to file a motion in response to the First Amended Complaint, Defendant shall contact the Courtroom Deputy Martha Parker Brown and request a new hearing date 24 hours in advance of filing its motion.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-03414-LHK
ORDER RE: STIPULATION FOR AN EXTENSION OF TIEM TO RESPOND TO PLAITNIFF'S FIRST AMENDED COMPLAITN AND REQUEST FOR ORDER CHANGING TIME