REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
ROBERT T. PETRAGLIA (CA SBN 264849)
RPetraglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC J. ZWILLINGER (*pro hac vice*)
Marc@zwillgen.com
JACOB SOMMER (*pro hac vice*)
Jake@zwillgen.com
ZWILLGEN PPLC
1705 N. Street, NW
Washington, D.C. 20036
Telephone: 202.706.5202
Facsimile: 202.706.5298

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARSON PENKAVA, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC.,<br><br>Defendant. | Case No.   CV12-03414 PSG LHK<br><br>**NOTICE OF WITHDRAWAL OF YAHOO! INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE CLASS ACTION ALLEGATIONS (L.R. 7-7(e))** |

TO THE CLERK OF COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Yahoo! Inc. ("Yahoo!") hereby withdraws its pending Motion to Dismiss or, in the Alternative, Strike Class Action Allegations, filed on September 7, 2012 (ECF No. 22), and scheduled for hearing on December 20, 2012.

Yahoo! withdraws this motion in light of the First Amended Complaint filed by Plaintiff Carson Penkava on September 21, 2012. (ECF No. 26.) Yahoo! reserves the right to file a Motion to Dismiss, or in the Alternative, Strike Class Action Allegations in response to Plaintiff's First Amended Complaint, in accordance with the October 12, 2012 Order of this Court. (ECF No. 32.)

Dated: October 15, 2012

REBEKAH KAUFMAN
ROBERT PETRAGLIA
MORRISON & FOERSTER LLP


By:  /s/ Rebekah Kaufman
　　　Rebekah Kaufman

　　　Attorneys for Defendant
　　　YAHOO! INC.

NOTICE OF WITHDRAWAL OF YAHOO! INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE CLASS ACTION ALLEGATIONS
CASE NO. CV12-03414 PSG LHK
sf-3206610

1