CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 14962
Kirk J. Wolden, SBN 138902
865 HOWE AVENUE
SACRAMENTO, CA 95825
Tel: (916) 924-3100
Fax: (916) 924-1829
E-mail: ccarter@justice4you.com

LAW OFFICES OF PERRY D. PITCHFIELD
Perry D. Litchfield, SBN 99906
1000 4th Street, Suite 875
San Rafael, CA 94901
Tel: (415) 459-2000
Fax: (425) 457-7843
E-mail: perry@sprintmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARSON PENKAVA, individually and on behalf of those similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>YAHOO!, INC.,<br><br>      Defendant. | Case No. CV12-03414 PSG LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Hon. Lucy H. Koh**<br><br><u>**CLASS ACTION**</u> |

1  Plaintiff hereby voluntarily dismisses the litigation with prejudice as to his individual claims and without prejudice as to the potential claims of any absent putative class members. The rights of absent putative class members will not be prejudiced by the dismissal of the Plaintiff's claim because no class has been certified in this litigation.

Dated: November 30, 2012

CLAYEO C. ARNOLD
CLIFFORD L. CARTER
KIRK J. WOLDEN
CLAYEO C. ARNOLD, P.C.

PERRY D. LITCHFIELD
LAW OFFICES OF PERRY D. LITCHFIELD

By: _____
Kirk Wolden

Attorneys for Plaintiff
CARSON PENKAVA and all others similarly situated

1